# EXHIBIT A

ALAN FREEDMAN

# The Computer Desktop Encyclopedia

amacom
American Management Association
New York • Atlanta • Boston • Chicago • Kansas City • San Francisco • Washington, D.C.
Brussels • Mexico City • Tokyo • Toronto

This book is available at a special discount when ordered in bulk quantities. For information, contact Special Sales Department, AMACOM, a division of American Management Association, 1601 Broadway, New York, NY 10019.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

Library of Congress Cataloging-in-Publication Data

Freedman, Alan
Computer desktop encyclopedia / Alan Freedman.
p. cm.
ISBN 0-8144-0012-4 (CD-ROM). — ISBN 0-8144-0010-8 (pbk.)
1. Computers—Dictionaries. I. Title.
QA76.15.F732 1996
004'.03—dc20 96-724
CIP

© 1996 The Computer Language Company Inc., Point Pleasant, PA 18950.
All rights reserved.
Printed in the United States of America.

The publication may not be reproduced, stored in a retrieval system, or transmitted in whole or in part, in any form or by an means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of AMACOM, a division of American Management Association, 1601 Broadway, New York, NY 10019.

Printing number

10 9 8 7 6 5 4 3 2 1




## modularity
The characteristic of a system that has been divided into smaller subsystems which interact with each other.

## modular programming
Breaking down the design of a program into individual components (modules) that can be programmed and tested independently. It is a requirement for effective development and maintenance of large programs and projects.
Modular programming has evolved into object-oriented programming, which provides formal rules for developing self-contained software modules. See ***object-oriented programming***.

## Modular Windows
A subset of Windows for TV-based consumer electronics. It does not use Program Manager, scroll bars and overlapping windows. The application is the window.

## modulate
To vary a carrier wave. Modulation blends a data signal (text, voice, etc.) into a carrier for transmission over a network. Major methods are AM (amplitude modulation) - modulate the height of the carrier wave, FM (frequency modulation) - modulate the frequency of the wave, and PM (phase modulation) - modulate the polarity of the wave. Contrast with ***demodulate***. See ***carrier***.

## module
A self-contained hardware or software component that interacts with a larger system. Hardware modules are often made to plug into a main system. Program modules are designed to handle a specific task within a larger program.

## modulo
A mathematical operation (modulus arithmetic) in which the result is the remainder of the division. For example, 20 MOD 3 results in 2 (20/3 = 6 with remainder of 2.

## moire
Pronounced "mor-ray." In computer graphics, a visible distortion. It results from a variety of conditions; for example, when scanning halftones at a resolution not consistent with the printed resolution or when superimposing curved patterns on one another. Internal monitor misalignment can also be a cause.

## molecular beam epitaxy
A technique that "grows" atomic-sized layers on a chip rather than creating layers by diffusion.

## monadic
One. A single item or operation that deals with one item or operand.

## Monarch
A data capture program from Personics, Wilmington, MA, that is used to transfer data from mainframe and minicomputer reports to the PC. It uses report files that contain data ready to print. Users identify the data directly from the report format on screen, and the program copies the data into the fields of various database or spreadsheet formats for the PC.

Case 2:15-cv-01273-JRG Document 86-2 Filed 05/31/16 Page 5 of 5 PageID #: 1194



### RS-232 Pin Signals




## RS-422, 423

A TIA/EIA standards for serial interfaces that extend distances and speeds beyond RS-232. RS-422 is a balanced system requiring more wire pairs than RS-423 and is intended for use in multipoint lines. They use either a 37-pin connector defined by RS-449 or a 25-pin connector defined by RS-530.

RS-449 and RS-530 specify the pin definitions for RS-422 and RS-423. RS-422/423 specify electrical and timing characteristics.

## RS-449

Defines a 37-pin connector for RS-422 and RS-423 circuits.

## RS-485

A TIA/EIA standard for multipoint communications lines. It can be implemented with as little as a wire block with four screws or with DB-9 or DB-37 connectors. By using lower-impedance drivers and receivers, RS-485 allows more nodes per line than RS-422.

## RS-530

Defines a 25-pin connector for RS-422 and RS-423 circuits. It allows for higher speed transmission up to 2Mbits/sec over the same DB-25 connector used in RS-232, but is not compatible with it.

## RS/6000

(RISC System/6000) IBM family of RISC-based computer systems introduced in 1990. It comes in workstation (POWERstation) and server (POWERserver) models and uses the Micro Channel bus. It introduced Version 3 of AIX and two graphical user interfaces: AIXwindows Environment/6000 (enhanced X Window system) and AIX NeXTStep Environment/6000 from NeXT Computer.

RS/6000s started out using IBM's RISC chip, called POWER. Starting in 1993, certain models began using the PowerPC chip, a single-chip version of the POWER architecture, which was enhanced by Motorola and Apple. Software is compatible on both platforms, unless it uses PowerPC-only instructions. New models of the RS/6000s will use the PowerPC chip.

## RSA

(Rivest-Shamir-Adleman) A highly-secure encryption method by RSA Data Security, Inc., Redwood City, CA, that uses a two-part key. The private key is kept by the owner; the public key is published.

Data is encrypted by using the recipient's public key, which can only be decrypted by the recipient's private key. RSA is very computation intensive, thus it is often used to create an "RSA digital envelope," which holds an RSA-encrypted DES key and DES-encrypted data.

RSA is also used for authentication. You can verify who you are with a digital



CONSOL_DFT_0020