# EXHIBIT B


MICROSOFT PRESS®
COMPUTER DICTIONARY
SECOND EDITION
COMPLETELY REVISED AND UPDATED, WITH NEW DEFINITIONS AND ILLUSTRATIONS
THE COMPREHENSIVE STANDARD FOR BUSINESS, SCHOOL, LIBRARY, AND HOME
Microsoft
PRESS

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1994 by Microsoft Press

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data

Microsoft Press computer dictionary : the comprehensive standard for
business, school, library, and home / Microsoft Press. -- 2nd ed.
p. cm.
ISBN 1-55615-597-2
1. Computers--Dictionaries. 2. Microcomputers--Dictionaries.
I. Microsoft Press. II. Title: Computer dictionary.
QA76.15.M54 1993
004'.03--dc20 93-29868
CIP

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9 MLML 9 8 7 6 5 4

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

Distributed to the book trade outside the United States and Canada by Penguin Books Ltd.

Penguin Books Ltd., Harmondsworth, Middlesex, England
Penguin Books Australia Ltd., Ringwood, Victoria, Australia
Penguin Books N.Z. Ltd., 182-190 Wairau Road, Auckland 10, New Zealand

British Cataloging-in-Publication Data available.

**Project Editor:** Casey D. Doyle
**Manuscript Editor:** Alice Copp Smith
**Technical Editors:** Mary DeJong, Jeff Carey, Dail Magee, Jr., Jim Fuchs, Seth McEvoy

In terms of computers and associated hardware, *compatibility* has two meanings: the extent to which two machines can work in harmony and the extent to which a piece of hardware conforms to an accepted standard. In the first case, compatibility (or the lack thereof) between two machines indicates whether, and to what degree, the computers can communicate, share data, or run the same programs. For example, an Apple Macintosh and an IBM PC are generally incompatible because they cannot communicate freely or share data without the aid of hardware and/or software that functions as an intermediary or a converter. In the standards arena, computers and other hardware are often advertised as being compatible with certain other, widely accepted, models—for example, computers are called IBM-compatible and modems are called Hayes-compatible. In this sense, compatibility means that the hardware ideally operates in all respects like the standard on which it is based. True compatibility means that any operational differences are invisible to people and programs alike.

In terms of software, *compatibility* again refers to harmony, but on a task-oriented level between and among computers and computer programs. Computers deemed software-compatible are those that can run programs originally designed for other makes or models; for example, if the same program disk could be used on an Apple Macintosh and an IBM PC, the machines would be software-compatible. (They are not.) Software compatibility also refers to the extent to which programs can work together and share data. Programs whose designers take pains to ensure that they can work with earlier versions are said to be downwardly compatible; those whose designers intentionally leave them open-ended to work with foreseeable upgrades are said to be upwardly compatible. In another area, totally different programs, such as a word processor and a drawing program, are compatible with one another if each can incorporate images or files created using the other. All types of software compatibility become increasingly important as computer communications, networks, and program-to-program file transfers become near-essential aspects of microcomputer operation. *See also* downward compatibility, upward compatibility.

**compatibility box** *See* DOS box.

**compatibility mode** In general, a mode in which hardware or software in one system supports operations of software from another system. The term often refers to the ability of advanced operating systems designed for Intel microprocessors (for example, OS/2 and Windows NT) to run MS-DOS software or to the ability of some UNIX workstations and of some Apple Macintosh systems to run MS-DOS software.

**compile** To translate all the source code of a program from a high-level language into object code prior to execution of the program. Object code is executable machine code or a variation of machine code. More generally, *compiling* is sometimes used to describe translating any high-level symbolic description into a lower-level symbolic or machine-readable format. A program that performs this task is known as a compiler. *Compare* interpret; *see also* compiler, high-level language, machine code, source code.

**compile-and-go** An adjective describing a development environment that automatically runs a program after compiling it. *See also* compile, execute.

**compiled BASIC** Any version of BASIC that is translated into machine code prior to execution by a compiler. BASIC has traditionally been an interpreted language (translated and executed statement by statement); because compiled BASIC generally produces faster-executing programs, it is the technology of choice for professional BASIC programmers. *See also* BASIC, compiled language, interpreted language.

**compiled language** A language that is translated into machine code prior to any execution, as opposed to an interpreted language, which is translated and executed statement by statement. *Compare* interpreted language; *see also* compiler.

**compiler** In the most general sense, any program that transforms one set of symbols into another by following a set of syntactical and semantical rules; in the most common sense, a program that

highest praise one programmer can give another is to call his or her code elegant.

**element** In computer terminology, any entity that can be defined as a stand-alone item within a broader context. For example, a data element is an item of data with the characteristics or properties of a larger set; a picture element (pixel) is a single dot on a computer screen or in a computer graphic; a print element is the part of a daisy-wheel printer that contains the embossed characters. *See also* daisy wheel, data element, graphics primitive, pixel, thimble.

**elite** Traditionally, a size of type that is printed 12 characters to the inch. Elite refers to fixed-width type, in which each character occupies the same amount of horizontal space. As a rule of thumb, elite-sized characters are equivalent to characters 10 points high. In some cases, however, Elite is also used as the name of a particular typeface, like Courier and Helvetica, and might be available in other point sizes. *See also* pica, point.

**ELIZA** A simple Rogerian-therapy computer program that carries on a "conversation" with a human by echoing statements and asking simple questions based on keywords gleaned from earlier comments. The author, Dr. Joseph Weizenbaum, wrote ELIZA as something of a joke and was appalled to find people taking it seriously. ELIZA is often used in the field of artificial intelligence to demonstrate that a computer that carries on a conversation is not necessarily intelligent.

**ellipsis** A set of three dots (...) usually used to indicate incompleteness. An ellipsis in printed text indicates the omission of one or more words. In software with a graphical interface (as in many windowing programs), an ellipsis following a menu command indicates that choosing the command will produce a dialog box. In programming language reference manuals and application software user's manuals, an ellipsis is used in a statement's, a function's, or a command's syntax line to indicate that certain elements may be repeated. *See also* dialog box, syntax.

**email** *See* electronic mail.

**e-mail** *See* electronic mail.

**embedded** An adjective referring to items, such as program code or commands, that are built into their carriers rather than associated with or called by them when needed. In software:

- Embedded printing commands are codes inserted into a document by an application program in order to control printing and change formats.
- Embedded assembly code consists of low-level assembly language instructions that are inserted within a program written in a higher-level language, such as C. Embedded code is used to make a program run faster or more efficiently or to provide a capability not available in the high-level language.
- Embedded pointers are links that associate items in a database and that are built into a record rather than stored separately.

In hardware, an embedded computer or embedded system is a special-purpose computer that is built into another device.

**embedded command** A command that is placed in a text, graphics, or other document file by a program, often as an instruction for producing a particular type of page layout or character formatting on screen or when printed. An embedded command is usually distinguished from surrounding data by its location or by some special set of symbols, such as dots. Embedded commands are often program-specific and might be incomprehensible to any program but the one with which the document was created. Such commands can cause difficulties or produce strange characters if a file is transferred between incompatible programs.

**em dash** A punctuation mark (—) generally used to signify a change or an interruption in the train of thought expressed in a sentence or to set off an explanatory comment. An em dash, named for a typographical unit of measure called the em (which in some fonts is the width of a capital M), is typed as two hyphens when a fixed-pitch font is being used. *Compare* en dash, hyphen.

**EMF** *See* electromotive force.

produces a relation containing only the attributes B and C from relation A.

**projection-join normal form (PJ/NF)** *See* normal form.

**Prolog** Short for PROgramming in LOGic. A language designed for logic programming. Prolog evolved during the 1970s in Europe (primarily France and Scotland), and the first Prolog compiler was developed in 1972 by Philippe Roussel at the University of Marseilles. The language has subsequently attained wide use in the field of artificial intelligence. Prolog is a compiled language that works with the logical relationship between pieces of data rather than mathematical relationships. *See also* artificial intelligence.

**PROM** Pronounced "prom." Acronym for programmable read-only memory, a type of read-only memory (ROM) that allows data to be written into the device with hardware called a PROM programmer. After a PROM has been programmed, it is dedicated to that data, and it cannot be reprogrammed. Because ROMs are cost-effective only when produced in large volumes, PROMs are used during the prototyping stage of the design. New PROMs can be created and discarded as needed until the design is perfected. *See also* EEPROM, EPROM, ROM.

**PROM blaster** *See* PROM programmer.

**PROM blower** *See* PROM programmer.

**PROM programmer** Also called a PROM blaster or a PROM blower. A hardware device that records instructions or data on a PROM (programmable read-only memory) chip or an EPROM (erasable programmable read-only memory) chip. *See also* EPROM, PROM.

**prompt** Displayed text indicating that a computer program is waiting for input from the user.

**propagated error** An error used as input to another operation, thus producing another error.

**propagation delay** The time needed by a communications signal to travel between two points; in satellite links, a noticeable delay of between one-quarter second and one-half second, caused by the signal traveling through space.

**proportional font** A set of characters in a particular style and size in which a variable amount of horizontal space is allotted to each letter or number. In a proportional font, the letter *i*, for example, is allowed less space than the letter *m*. *Compare* monospace font.

**proportional spacing** A form of character spacing in which the horizontal space each character occupies is proportional to the width of the character. The letter *w*, for example, takes up more space than the letter *i*. *Compare* monospacing.

**proprietary software** A program owned or copyrighted by an individual or a business and available for use only through purchase or by permission of the owner. *Compare* public-domain software.

**protected mode** An operating mode of the Intel 80286 and higher microprocessors that supports larger address spaces and more advanced features than real mode. When started in protected mode, these CPUs provide hardware support for multitasking, data security, and virtual memory. The Windows NT and OS/2 operating systems run in protected mode, as do most versions of UNIX for these microprocessors. *Compare* real mode.

**protocol** *See* communications protocol.

**prototyping** The creation of a working model of a new computer system or program for testing and refinement. Prototyping is used in the development of both new hardware and software systems and new systems of information management. Tools used in the former include both hardware and support software; tools used in the latter can include databases, screen mockups, and simulations that, in some cases, can be developed into a final product.

**PrtSc key** *See* Print Screen key.

**PS/2 bus** *See* Micro Channel Architecture.

**psec** *See* picosecond.

**pseudocode** Abbreviated p-code. A machine language for a nonexistent processor (a p-machine). Such code is executed by a software interpreter. The major advantage of p-code is that it is portable to all computers for which a p-code interpreter exists. The p-code approach has been tried several times in the microcomputer industry, with mixed success. The best known attempt was