# EXHIBIT C

# Modern Operating Systems




Andrew S. Tanenbaum

[redacted]

# MODERN OPERATING SYSTEMS

# MODERN OPERATING SYSTEMS

**ANDREW S. TANENBAUM**

*Vrije Universiteit*
*Amsterdam, The Netherlands*

**PRENTICE HALL**
UPPER SADDLE RIVER, NJ 07458

Tanenbaum, Andrew S.
Modern operating systems / Andrew S. Tanenbaum.
p. cm.
Includes bibliographical references and index.
ISBN 0-13-588187-0
1. Operating systems (Computers) I. Title.
QA76.76.063T359 1992
005.4'3--dc20 91-45010
CIP

Acquisitions editor: Tom McElwee
Production supervisor: Bayani Mendoza de Leon
Cover designer: Bruce Kenselaar
Prepress buyer: Linda Behrens
Manufacturing buyer: Dave Dickey
Supplements editor: Alice Dworkin
Interior designer: Andrew S. Tanenbaum

© 1992 by Prentice Hall, Inc.
A Simon & Schuster Company
Upper Saddle River, New Jersey 07458

The author and publisher of this book have used their best efforts in preparing this book. These efforts include the development, research, and testing of the theories and programs to determine their effectiveness. The author and publisher make no warranty of any kind, expressed or implied, with regard to these programs or the documentation contained in this book. The author and publisher shall not be liable in any event for incidental or consequential damages in connection with, or arising out of, the furnishing, performance, or use of these programs.

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

Printed in the United States of America
10

ISBN 0-13-588187-0

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S.A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Simon & Schuster Asia Pte. Ltd., *Singapore*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*

**TRADEMARK INFORMATION**

IBM PC is a registered trademark of International Business Machines Corporation.
UNIX is a registered trademark of AT&T (Bell Laboratories.).
PDP 11 and VAX are registered trademarks of Digital Equipment Corporation.
MS-DOS is a trademark of Microsoft Corporation.
Atari is a trademark of Atari Corporation.
SPARC is a trademark of Sun Microsystems.
Macintosh is a trademark of Apple Computer, Inc.
Intel is a registered trademark of Intel Corporation.

low-level software to drive it, as well as programs to achieve remote login and remote file access, but these additions do not change the essential structure of the operating system.

True distributed operating systems require more than just adding a little code to a uniprocessor operating system, because distributed and centralized systems differ in critical ways. Distributed systems, for example, often allow programs to run on several processors at the same time, thus requiring more complex processor scheduling algorithms in order to optimize the amount of parallelism achieved.

Communication delays within the network often mean that these (and other) algorithms must run with incomplete, outdated, or even incorrect information. This situation is radically different from a single-processor system in which the operating system has complete information about the system state. We will examine distributed systems in considerable detail in the second part of this book.

## 1.3. OPERATING SYSTEM CONCEPTS

The interface between the operating system and the user programs is defined by the set of "extended instructions" that the operating system provides. These extended instructions are known as **system calls**. The system calls create, delete, and use various software objects managed by the operating system. The most important of these are processes and files, which will be introduced in this section. For the sake of being specific, our discussion is somewhat oriented towards UNIX and MS-DOS, which are superficially somewhat similar, but most of the principles apply equally well to other systems, with some of the details different.

### 1.3.1. Processes

A key concept in all operating systems, is the **process**. A process is basically a program in execution. It consists of the executable program, the program's data and stack, its program counter, stack pointer, and other registers, and all the other information needed to run the program.

We will come back to the process concept in much more detail in Chap. 2, but for the time being, the easiest way to get a good intuitive feel for a process is to think about timesharing systems. Periodically, the operating system decides to stop running one process and start running another, for example, because the first one has had more than its share of CPU time in the past second.

When a process is temporarily suspended like this, it must later be restarted in exactly the same state it had when it was stopped. This means that all information about the process must be explicitly saved somewhere during the suspension. For example, if the process has several files open, the exact position in the files where the process was must be recorded somewhere, so that a subsequent READ given after the process is restarted will read the proper data. In many operating systems, all the information about each process, other than the contents of its own address space, is

stored in an operating system table called the **process table**, which is an array (or linked list) of structures, one for each process currently in existence.

Thus, a (suspended) process consists of its address space, usually called the **core image** (in honor of the magnetic core memories used in days of yore), and its process table entry, which contains its registers, among other things.

The key process management system calls are those dealing with the creation and termination of processes. Consider a typical example. A process called the **command interpreter** or **shell** reads commands from a terminal. The user has just typed a command requesting that a program be compiled. The shell must now create a new process that will run the compiler. When that process has finished the compilation, it executes a system call to terminate itself.

If a process can create one or more other processes (referred to as **child processes**) and these processes in turn can create child processes, we quickly arrive at the process tree structure of Fig. 1-5.




**Fig. 1-5.** A process tree. Process *A* created two child processes, *B* and *C*. Process *B* created three child processes, *D*, *E*, and *F*.

Other process system calls are available to request more memory (or release unused memory), wait for a child process to terminate, and overlay its program with a different one.

Occasionally, there is a need to convey information to a running process that is not sitting around waiting for it. For example, a process that is communicating with another process on a different computer does so by sending messages over a network. To guard against the possibility that a message or its reply is lost, the sender may request that its own operating system notify it after a specified number of seconds, so that it can retransmit the message if no acknowledgement has been received yet. After setting this timer, the program may continue doing other work.

When the specified number of seconds has elapsed, the operating system sends a **signal** to the process. The signal causes the process to temporarily suspend whatever it was doing, save its registers on the stack, and start running a special signal handling procedure, for example, to retransmit a presumably lost message. When the signal handler is done, the running process is restarted in the state it was just before the signal. Signals are the software analog of hardware interrupts, and can be generated by a variety of causes in addition to timers expiring. Many traps detected by hardware, such as executing an illegal instruction or using an invalid address, are also converted into signals to the guilty process. Signals are also used for process-to-

process communication, when one process wants to communicate something to another process in a hurry.

In a multiprogramming system, it is important to keep track of which user owns which process. In such a system, each authorized user is assigned a **uid** (**user identification**), typically a 16-bit or 32-bit integer. Each process is assigned the uid of its owner. When a process sends a signal to another process, a check can be made to see that the sender and receiver have the same uid. Similarly, people can be divided into groups (project teams, departments, etc.), each with its own **gid** (**group identification**). The uids and gids also play a role in protecting information in the computer (e.g., sometimes you may look at reports written by people in your group, but not at strangers' reports).

### 1.3.2. Files

The other broad category of system calls relates to the file system. As noted before, a major function of the operating system is to hide the peculiarities of the disks and other I/O devices, and present the programmer with a nice, clean abstract model of device-independent files. System calls are obviously needed to create files, remove files, read files, and write files. Before a file can be read, it must be opened, and after it has been read it should be closed, so calls are provided to do these things.

In order to provide a place to keep files, most operating systems support the concept of a **directory** as a way of grouping files together. A student, for example, might have one directory for each course he was taking (for the programs needed for that course), another directory for electronic mail, and still another directory for computer games. System calls are then needed to create and remove directories. Calls are also provided to put an existing file in a directory, and to remove a file from a directory. Directory entries may be either files or other directories. This model also gives rise to a hierarchy—the file system, as shown in Fig. 1-6.

The process and file hierarchies both are organized as trees, but the similarity stops there. Process hierarchies usually are not very deep (more than three levels is unusual), whereas file hierarchies are commonly four, five, or even more levels deep. Process hierarchies are typically short-lived, generally a few minutes at most, whereas the directory hierarchy may exist for years. Ownership and protection also differ for processes and files. Typically, only a parent process may control or even access a child process, but mechanisms nearly always exist to allow files and directories to be read by a wider group than just the owner.

Every file within the directory hierarchy can be specified by giving its **path name** from the top of the directory hierarchy, the **root directory**. Such absolute path names consist of the list of directories that must be traversed from the root directory to get to the file, with slashes separating the components. In Fig. 1-6, the path for file *CS101* is */Faculty/Prof.Brown/Courses/CS101*. The leading slash indicates that the path is absolute, that is, starting at the root directory.

At every instant, each process has a current **working directory**, in which path names not beginning with a slash are looked for. In Fig. 1-6, if */Faculty/Prof.Brown* were the working directory, then use of the path name *Courses/CS101* would yield

# Modern Operating Systems

## Andrew S. Tanenbaum

The first book to provide balanced coverage between centalized and distributed systems, MODERN OPERATING SYSTEMS offers practical information for constructing and understanding modern operating systems.

The author covers all the traditional topics, including interprocess, communication, semaphores, monitors, scheduling algorithms, deadlocks, virtual memory, and file system design. He also looks at issues in distributed systems, discussing in detail topics such as the client-server model, remote procedure call, distributed synchronization, transactions, threads, and file servers.

In addition, Tanenbaum illustrates these principles using examples from four major operating systems: UNIX, MS-DOS, Amoeba, and Mach.

**Also by the author and available from Prentice Hall:**

–*Operating Systems: Design and Implementation*
Offers a complete guide to operating system principles and practice using the MINIX operating system as a detailed example.
©1987, 768 pp., cloth (63740-5)

–*Computer Networks, Second Edition*
A best-selling, thorough introduction to the design and analysis of computer networks, from local area networks to satellite networks–revised and expanded throughout.
©1989, 700 pp., cloth (16295-8)

–*Structured Computer Organization, Third Edition*
Describes the architecture of modern computers, from microprogramming through assembly languages and up to the operating system, using the Intel, Motorola, SPARC, and MIPS CPUs as examples.
©1990, 600 pp., cloth (85466-1)

ISBN 0-13-588187-0

US
X000IRLVYF
Modern Operating Systems
Used Good
UsedGood L1A14
2013-11-13
E1726C3
IND4

PRENTICE HALL
Englewood Cliffs, NJ 07632