# EXHIBIT D


SECOND EDITION
APPLIED CRYPTOGRAPHY
Protocols, Algorithms, and Source Code in C
BRUCE SCHNEIER



**Applied Cryptography, Second Edition: Protocols, Algorithms, and Source Code in C**
*by Bruce Schneier*
Wiley Computer Publishing, John Wiley & Sons, Inc.
**ISBN:** 0471128457 **Pub Date:** 01/01/96

**Foreword By Whitfield Diffie**
**Preface**
**About the Author**

**Chapter 1—Foundations**
1.1 Terminology
1.2 Steganography
1.3 Substitution Ciphers and Transposition Ciphers
1.4 Simple XOR
1.5 One-Time Pads
1.6 Computer Algorithms
1.7 Large Numbers

**Part I—Cryptographic Protocols**
**Chapter 2—Protocol Building Blocks**
2.1 Introduction to Protocols
2.2 Communications Using Symmetric Cryptography
2.3 One-Way Functions
2.4 One-Way Hash Functions
2.5 Communications Using Public-Key Cryptography
2.6 Digital Signatures
2.7 Digital Signatures with Encryption
2.8 Random and Pseudo-Random-Sequence Generation
**Chapter 3—Basic Protocols**
3.1 Key Exchange
3.2 Authentication
3.3 Authentication and Key Exchange
3.4 Formal Analysis of Authentication and Key-Exchange Protocols
3.5 Multiple-Key Public-Key Cryptography
3.6 Secret Splitting
3.7 Secret Sharing
3.8 Cryptographic Protection of Databases
**Chapter 4—Intermediate Protocols**
4.1 Timestamping Services
4.2 Subliminal Channel
4.3 Undeniable Digital Signatures
4.4 Designated Confirmer Signatures
4.5 Proxy Signatures
4.6 Group Signatures
4.7 Fail-Stop Digital Signatures
4.8 Computing with Encrypted Data
4.9 Bit Commitment
4.10 Fair Coin Flips
4.11 Mental Poker
4.12 One-Way Accumulators
4.13 All-or-Nothing Disclosure of Secrets

If the message is unencrypted, Alice could also use a MAC. This also convinces Bob that the message is authentic, but has the same problems as symmetric cryptography solutions.

## 3.3 Authentication and Key Exchange

These protocols combine authentication with key exchange to solve a general computer problem: Alice and Bob are on opposite ends of a network and want to talk securely. How can Alice and Bob exchange a secret key and at the same time each be sure that he or she is talking to the other and not to Mallory? Most of the protocols assume that Trent shares a different secret key with each participant, and that all of these keys are in place before the protocol begins.

The symbols used in these protocols are summarized in Table 3.1.

### *Wide-Mouth Frog*

The Wide-Mouth Frog protocol [283,284] is probably the simplest symmetric key-management protocol that uses a trusted server. Both Alice and Bob share a secret key with Trent. The keys are just used for key distribution and not to encrypt any actual messages between users. Just by using two messages, Alice transfers a session key to Bob:

**TABLE 3.1**
Symbols used in authentication and key exchange protocols

| | |
|---|---|
| $A$ | Alice's name |
| $B$ | Bob's name |
| $E_A$ | Encryption with a key Trent shares with Alice |
| $E_B$ | Encryption with a key Trent shares with Bob |
| $I$ | Index number |
| $K$ | A random session key |
| $L$ | Lifetime |
| $T_A,T_B$ | A timestamp |
| $R_A,R_B$ | A random number, sometimes called a nonce, chosen by Alice and Bob respectively |

(1) Alice concatenates a timestamp, Bob's name, and a random session key and encrypts the whole message with the key she shares with Trent. She sends this to Trent, along with her name.

$$A,E_A(T_A,B,K)$$

(2) Trent decrypts the message from Alice. Then he concatenates a new timestamp, Alice's name, and the random session key; he encrypts the whole message with the key he shares with Bob. Trent sends to Bob:

$$E_B(T_B,A,K)$$

The biggest assumption made in this protocol is that Alice is competent enough to generate good session keys. Remember that random numbers aren't easy to generate; it might be more than Alice can be trusted to do properly.

this has never been proved.

Like Diffie-Hellman, this protocol allows Alice to initiate secure communication with Bob without knowing any of his keys. For Alice to use a public-key algorithm, she has to know his public key. With Shamir's three-pass protocol, she just sends him a ciphertext message. The same thing with a public-key algorithm looks like:

(1) Alice asks Bob (or a KDC) for his public key.
(2) Bob (or the KDC) sends Alice his public key.
(3) Alice encrypts $M$ with Bob's public key and sends it to Bob.

Shamir's three-pass protocol will fall to a man-in-the-middle attack.

## 22.4 COMSET

COMSET (COMmunications SETup) is a mutual identification and key exchange protocol developed for the RIPE project [1305] (see Section 25.7). Using public-key cryptography, it allows Alice and Bob to identify themselves to each other and also to exchange a secret key.

The mathematical principle behind COMSET is Rabin's scheme [1283] (see Section 19.5). The scheme itself was originally proposed in [224]. See [1305] for details.

## 22.5 Encrypted Key Exchange

The Encrypted Key Exchange (EKE) protocol was designed by Steve Bellovin and Michael Merritt [109]. It provides security and authentication on computer networks, using both symmetric and public-key cryptography in a novel way: A shared secret key is used to encrypt a randomly generated public key.

### *The Basic EKE Protocol*

Alice and Bob (two users, a user and the host, or whoever) share a common password, $P$. Using this protocol, they can authenticate each other and generate a common session key, $K$.

(1) Alice generates a random public-key/private-key key pair. She encrypts the public key, $K'$, using a symmetric algorithm and $P$ as the key: $Ep(K')$. She sends Bob

$A, E_P(K')$

(2) Bob knows $P$. He decrypts the message to obtain $K'$. Then, he generates a random session key, $K$, and encrypts it with the public key he received from Alice and $P$ as the key. He sends Alice

$E_P(E_{K'}(K))$

(3) Alice decrypts the message to obtain $K$. She generates a random string, $R_A$, encrypts it with $K$, and sends Bob

$E_K(R_A)$

(4) Bob decrypts the message to obtain $R_A$. He generates another random string, $R_B$, encrypts both strings with $K$, and sends Alice the result.

$E_K(R_A, R_B)$

(5) Alice decrypts the message to obtain $R_A$ and $R_B$. Assuming the $R_A$ she received from Bob is the same as the one she sent to Bob in step (3), she encrypts $R_B$ with $K$ and sends it to Bob.

$E_K(R_B)$

(6) Bob decrypts the message to obtain $R_B$. Assuming the $R_B$ he received from Alice is the same one he sent to Alice in step (4), the protocol is complete. Both parties now communicate using $K$ as the session key.

At step (3), both Alice and Bob know $K'$ and $K$. $K$ is the session key and can be used to encrypt all other messages between Alice and Bob. Eve, sitting between Alice and Bob, only knows $EP(K')$, $E_P(E_{K'}(K))$, and some messages encrypted with $K$. In other protocols, Eve could make guesses at $P$ (people choose bad passwords all the time, and if Eve is clever she can make some good guesses) and then test her guesses. In this protocol, Eve cannot test her guess without cracking the public-key algorithm as well. And if both $K'$ and $K$ are chosen randomly, this can be an insurmountable problem.

The challenge-response portion of the protocol, steps (3) through (6), provides validation. Steps (3) through (5) prove to Alice that Bob knows $K$; steps (4) through (6) prove to Bob that Alice knows $K$. The Kerberos protocol timestamp exchange accomplishes the same thing.

EKE can be implemented with a variety of public-key algorithms: RSA, ElGamal, Diffie-Hellman. There are security problems with implementing EKE with a knapsack algorithm (aside from the inherent insecurity of knapsack algorithms): The normal distribution of the ciphertext messages negates the benefits of EKE.

### *Implementing EKE with RSA*

The RSA algorithm seems perfect for this application, but there are some subtle problems. The authors recommend encrypting only the encryption exponent in step (1) and sending the modulus in the clear. An explanation of the reasoning behind this recommendation, as well as other subtleties involved in using RSA, is in [109].

### *Implementing EKE with ElGamal*

Implementing EKE with the ElGamal algorithm is straightforward, and there is even a simplification of the basic protocol. Using the notation from Section 19.6, $g$ and $p$ are parts of the public key and are common to all users. The private key is a random number $r$. The public key is $g^r \bmod p$. The message Alice sends to Bob in step (1) becomes

Alice, $g^r \bmod p$

Note that this public key does not have to be encrypted with $P$. This is not true in general, but it is true for the ElGamal algorithm. Details are in [109].

Bob chooses a random number, $R$ (for the ElGamal algorithm and independent of any random numbers chosen for EKE), and the message he sends to Alice in step (2) becomes

$E_P(g^R \bmod p, Kg^{Rr} \bmod p)$

Refer back to Section 19.6 for restrictions on choosing the variables for ElGamal.

### *Implementing EKE with Diffie-Hellman*