IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PLANO ENCRYPTION TECHNOLOGIES, LLC | § § § § § | |
| PLAINTIFF | | |
| V | § § § | CIVIL ACTION NO. 2:15-CV-1273-JRG LEAD CASE |
| AMERICAN BANK OF TEXAS, ET AL. | § § § | |
| DEFENDANT. | | |

MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on August 25, 2016. After follow-up, this matter has settled. All parties and counsel were present.

Note from the Mediator (if any):

Signed this 31st day of August, 2016.

_____
Harlan Martin, Assigned Mediator

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2016 I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas.

*Judy Stephenson*
Judy Stephenson, Case Manager